IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_MARION GOUAN #221463_ )
Full name and prison number )
of plaintiff(s) )

v. )    CIVIL ACTION NO. _2:08CV145-WHA_
   )    (To be supplied by Clerk of
_THE United States_ )    U.S. District Court)
_George W. Bush, Jr. &_ )
_THE State of Alabama &_ )
_Dept. of Corr._ )
   )
   )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _Marion Gouan Pro.SE_

            Defendant(s) _THE State of Louisiana & Private_
            _Prison Service Inc., c/o Gary Copes ect._

        2.  Court (if federal court, name the district; if
            state court, name the county) _U.S Courthouse_
            _300 Fannin St, Suite 1167 Shreveport, Louisiana 71101-3083_

3. Docket number Civil Action No. 6:07 CV1298 SEC P

4. Name of judge to whom case was assigned Hon. Chief Richard Haik & Magst. Mildred Methvin

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Case was Dismissed

6. Approximate date of filing lawsuit June 29, 2007

7. Approximate date of disposition Oct. 18, 2007

II. PLACE OF PRESENT CONFINEMENT Ala. Dept. of Corr., Ventress Correctional Facility P.O. Box 767 Clayton, Ala. 36016.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Pine Prairie LA, 70657, Now Ventress Corr. Facility of Ala. 36016.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                              ADDRESS

1. The United States of American Nation
2. Capitol, & The State of Alabama, & Dept.
3. of Correction,
4. George W. Bush, and Conspicer(s) within the
5. Justice Dept. throughout the United States
6. of the U.S.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Since June 29, 2007, And still occurring as of Feburary 2008

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Criminal Conspiracy, Indecently Exposure of Lifely body to illegal use of Noxious, Detrimental Elemental Substance of Witchcraft to solicitate to commit Crime.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On around June 29, of 2006 year, I the petitioner at Pine Prairie, LA, 70652, become indecently expose to nature of witchcraft, practice against him by parties at the facility attending duties, and following statement attached.

GROUND TWO: Custodial sexual misconduct, by cause of another forcible intrusions.

SUPPORTING FACTS: As to the affects, the parties promote such mellaneous act, are causing the petitioner to sustain affect of anual, oral, simital internal body affect excessively, including detrimental affects of gunshot wound of their'er bodies sustaining physical injuries Ect.,

GROUND THREE: Attempting to commit or cause to commit murder or any other criminal act.

SUPPORTING FACTS: Since June, 29, 2006 until ~~today~~ now, Allege defendant(s) has been solicitate controll substance against the petitioner, "Forcibly to cause to commit crime, which affect has started to cause insternal bleedage of another being physically injured from, gunshot wound(s), Broken Bone(s), sexual injurie(s) Ect. Full statement Attached.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Petitioner Require Immediate Release From His Incarceration, in the sum of $25,000,000,000,000 (Twenty Five Trillion Dollars), in the Damage(s) Ect, and Conviction of Dedenfant(s) Found by default(s).

_Marion Dovan_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  2/26/08
              (Date)

_Marion Dovan_
Signature of plaintiff(s)

4

## Sommon Brief in support of Ground on Relief.

The Petitioner Argue(s) Substantial Fact to support His ground(s) For relief, said that, on June. 29, 2006, I the petitioner was indecently expose by parties within the State of Louisiana, Pine Proire LA, 70657. Criminally Solicitate use of controlled substance crime, through illegal, Forciable usage of witchcraft, to cause bodily harm. Pursuant to Section §-§-§ 13A-7-24, 13A-7-26, 13A-6-68 and 13A-4-1 of Code of Ala. 1975, As Following;

### —Statement—

Petitioner contend(s) that he were sent out-of the state of ala, by no fault of his on, to serve prison term out-side state(s) Jurisdiction, in the state of Louisiana, Private Prison Service Inc, Pine Prairie, LA, 70657 under order of Alabama Department of Correction.

That as to petitioner being held in the state of Louisiana, under their'er sole care and custodey, He'd becamed expose and suffer(s) Cruel, excesive, Coporal physical bodily harm and Duress of the parties raising essential element(s) caused by Ritual of witchcraft etc.

An as to I the petitioner acknowledging complaint against promoter(s) at the facility on August.6, 2006, he were previously sent to another facility owned by Private Prison inc, Bastle, LA, 70515, where Circumstance(s) to matter furtherly spreaded through-out, that, facility as will it(s) State of Louisiana.

In accordance After addressing the Issue before Alabama State Deputy Warden Steven Bullard, Authorize Personnel over All Ala. Prisoner(s) housed within the State of Louisiana, I the petitioner, pursuanted Filing Motion For Complaint Thereof; (1) State of Ala. Fed. — Bureau of internal invests. of Dept of Corr. Montgomery AL, 36130, (2) To the Clerk of Court of Ville Platte, LA. (3) Before the Fed. Bureau of invests. Dept of Justice of 9th Pennsylvania Ave N.W Washington D.C 20535, (4) Failed before the N.A.A.CP Legal Defense Inc, 1445 1st N.W 10th Floor of Washington D.C 20005, which petitioner conclude, as to him filing before the above said Agency in July of 2007, the State of Washington and Congress made a Phone Call to the Agency, and brided them not to acknowledge I the petitioner(s) Issue(s), Done by Secertary of the State office, Condolessia Rice, As Followings;

also as to July of 2007, George .W. Bush Jr. And stating upon oath of penalty "that he'd gotten word of I the petitioner(s) matter(s), And illegally used it to assisst his plan over in Iraq, by promote same element of affect(s) as said above against 'I' to abperhind Iraqi'(s) Alei and Terrorist Al. Quada,

Wherefore on between the month(s) of July and September, State of Congress assemblized a Hearing before Pres. Greoge Bush, Condolessia Rice in Question

in Regards to the matter(s) of the petitioner being plagued with such nature of witchcraft and involuntarily used in the war against IRAQ, which all member(s) before objoining order or demand ISSUE to be resume and swept away.

Farmore; petitioner contend(s) day(s) prior before that in the month of July, the U.S white house gotten word that, "I" the petitioner had win the Lottery out of the State of fort myer(s) florida Houses of Home Depot, which a phone call were maded by the house Capitol of washington, Sect. Condolessia. M. Rice, ordering a Ms. Rine Haynes(s) that they were conficating all "I" the petitioner(s) winning(s).

Petitioner also conclude that all participant(s) involved were paid a large sum of the money tooken from the petitioner as a bride to take a dive in invesitigate the ISSUE still yet at hand.

Whereas; The Petitioner File a 1983 Civil Action Complaint, do to the Recommendation and transferance of the U.S District Court, of the Middle District (Northern Division) of Montgomery Ala. 36101-0711,. before the U.S District Court of the Western Div. 300 Fannin St. Suite 1167 Shreveport Lafayette. LA, 71101-3083, whereas to parties interferance in petitioner(s) proceeding, the case was Denied an Dismissed with prejudice.

## Conclusion An Facts

I THE PETITIONER CONTEND in the conclusion, that as the ISSUE was being held before the United District Court of Shreveport Lafayette LA, 71101. Subject cause of the said matter had done spreaded throughout the UNITED STATE(S) OF America.

AN That participant(s) are plaquing themselve(s) to sustain body injuries to solicitate petitioner by suffering from sexually forced intrusion, to cause him to commited a criminal offense.

In accordance to the Conclusion An Fact(s), "Petitioner makes known that parties are using their'er bodies and object/e(s) of Sexual Material to cause about the affects against the petitioner, which he suffers excessive bodily pain of sexual intrusion, Gunshot wounds, ect. an clearly state that the affects are starting to cause slight bleedage of the internal area, and Brain Damage, Possibley <u>HIV</u> OR <u>AID(S)</u> ect.

Now; I the petitioner swear upon oath and penalty of prejury, that the Name(s) listed below are part-aker(s) in the mellious offense being commited against ME, An Conspirers of the State(s) capitol of D.C,.

(1.) SEN. Barocka Obama And Spouse
(2.) SEN. Hillery Clinton And Spouse

(3.) Ala. Att. Gen; Troy King
(4.) Ala. Presiding Judge; Benard. B. Smithart And Spouse
(5.) Ala. State Commissioner; Richard Allen & Dept of Corr.
(6.) Ala. of Barbour Co. Shrieff / Municiple Dept(s).
(7.) State of Louisiana Chief Judge Richard Haik & Magst. Judge Mildred Methvin.
(8.) The N.A.A.C.P Agency of Washington D.C,.
(9.) Ala. Federal Bureau of Internal Invesitigation of Dept of Corr.
(10.) LA. Federal Bureau of Lafayette Louisiana
(11.) Singers, Beounce Knowles, Jay-Z, Bow Wow, Snoop Dogg, Jermine Dupri, Britney Sprease(s), Alica Keys, Mary J. Bliege, ect.
(12.) Actrist; Jennifer Lopez, Julia Robertson, Will Smith, Neal Long, ect.
(13.) Talk Show Hostress; Optra Witerfre, Tyra Banks ect;
(14.) Predastrain Throughout the World,

The Petitioner Contends that parties Action Resulted out of either Bridery & Prejudice, of 'I' being a incarcerated Black male, with a large amount of money win through a lottery pick.

Done This 26th of 02 Month, 2007

Certificate of Service

I, the Petitioner Sworn upon oath, penalty and prejury that this has been certified an placed/serve in the U.S Postage Serv.

Submitted
02/26/08

Respectfully;
Affiant: *Marion Gouan* 221468
Marion Gouan F-4-44
Ventress Corr. Facility
P.o Box 767 Clayton, Al,

36016
M/G

In the Premises of this Case, the Petitioner Pray(s) that this Honorable U.S District Court, Find in the Favor of the Petitioner(s) statment as true AN Apone default Criminal Action be taken.

NAME Marion Gowan AIS # 221463 DORM # F-4-44
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

[U.S. Postage $00.75 — FEB 27 2008 — Mailed from ZIP code 36016]

**VENTRESS LAW LIBRARY**

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES District Court
P.O Box 711
Montgomery, Al, 36101-0711

36101+0711-11 B007