# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

MARION GOVAN

Plaintiff

V.

THE UNITED STATES

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:08cv145-WHA

RECEIVED
2008 FEB 28 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, _____Marion Govan_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____Ventress Corr. Facility (Ala.)_____

   Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. ____∅____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Dorothy Gowan, Mother in whom I contribute my love.

I declare under penalty of perjury that the above information is true and correct.

_____2/26/08_____          _____Marion Gowan_____
      Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/26/08  .
          (date)

_____Marion Govan_____
Signature of Affiant


### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ ¢ ¢ on account to his credit at the  Ventress Corr. Fac.  institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

I the petitioner state that this certificate has been done and signatured by I the petitioner and is done as truth.

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ 8.06     on the 1st day of  Sept. 26/2007
2. $ 20.47    on the 1st day of  Oct. 16/2007
3. $ 23.42    on the 1st day of  Nov. 09/2007
4. $ 19.78    on the 1st day of  Dec. 10/2007
5. $ 27.92    on the 1st day of  Jan 12/2008
6. $ 5.22     on the 1st day of  Feb 01/2008

I the petitioner allege that as to this facility being one alleged in this claim, I personally certified this certificate, and ask that this Court retrieve information and accept as true.

_____Refuse of Service_____
Authorized Officer of Institution

DATE  2/26/08

Case Number

_CC_ _01_ _2110_
ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

_MARION GOVAN #221465_
(Petitioner)

vs.

_THE UNITED STATES_
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _the Plaintiff Marion Govan_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No _✓_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

      _Ø_

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

      _Ø_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____       No _✓_

   b. Rent payments, interest, or dividends?
      Yes _____       No _✓_

   c. Pensions, annuities, or life insurance payments?
      Yes _____       No _✓_

   d. Gifts or inheritances?
      Yes _____       No _✓_

   e. Any other sources?
      Yes _____       No _✓_

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

∅

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ✓        No ____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   ¢5

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ____      No ✓

   If the answer is "yes", describe the property and state its approximate value.

   ∅

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Dorothy Gowan, Mother, to whom I contribute my devoted life and love.

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on  2/26/08
                  (Date)

                                    Marion Gowan
                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ ¢5 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said  Ventress Corr.  institution:

I further state that this petition has been certified truthfully by I the Plaintiff
2/26/08
DATE

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
CLAYTON, AL 36016

                                    Refuse of Service
                                    AUTHORIZED OFFICER OF INSTITUTION

Rule 32