IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARION GOVAN, #221 463            *

    Plaintiff,             *

v.                                *     2:08-CV-145-WHA

THE UNITED STATES, *et al.*,      *

    Defendants.            *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Ventress Correctional Facility in Clayton, Alabama, filed this 42 U.S.C. § 1983 action on February 28, 2008. Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that additional information regarding Plaintiff's inmate account is necessary.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the <u>average monthly balance</u> in his prison account and the <u>average monthly deposits</u> to his account for the *6-month period immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before **March 14, 2008** Plaintiff shall submit an inmate account statement

reflecting the <u>average monthly balance</u> in his prison account and the <u>average monthly deposits</u> to his account for the *6-month period immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court SEND a copy of this order to the account clerk/case manager at the Ventress Correctional Facility.

    DONE, this 29th day of February 2008.

    /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE