Case Number

ID   YR   NUMBER
(To be completed by Court Clerk)

RECEIVED

# IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marion Govan #221963
(Petitioner)

2:08-CV-145-WHA

vs.

The United State
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Marion Govan__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ___   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   
   ∅

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   ∅

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ___        No ✓

   b. Rent payments, interest, or dividends?
      Yes ___        No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ___        No ✓

   d. Gifts or inheritances?
      Yes ___        No ✓

   e. Any other sources?
      Yes ✓          No ___

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____          No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____          No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____∅_____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____∅_____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on ___3/2/08_____.
                    (Date)

                                          _____Mason Govan_____
                                          Signature of Petitioner   ATSA

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __∅__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said ____∅_____ institution:

_____

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
DATE    CLAYTON, AL 36016

                                          _____Refuse to fill out_____
                                          AUTHORIZED OFFICER OF INSTITUTION

Rule 32

NAME Marion Gowan AIS # 221468 DORM # F-4-4d
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
12 MAR 2008 PM 4 T

"LET US DARE TO READ,
THINK, SPEAK AND —
John Adams, 1765
power of the —"

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT
Court P.O BOX 711
Montgomery, Al 36101-0711