IN THE UNITED STATES Court of THE Middle District, Northern Division of Montgomery Alabama.

MARION GOVAN #201463
    Plaintiff
-VS-
THE UNITED STATES, ET AL.
    Defendants

CASE No# 2:08-CV-145-WHA (WO)

*received stamp: 2008 APR -3 A 9:14 DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

## Motion for Time Extension

Comes now in the whole style Cause, the above said Plaintiff, Marion Govan; An Submit before this Honorable U.S Corlet of the Middle District of Montgomery.Al, 36101-0711 Requesting A motional time Extension to submit first addictional partial fee payment thereof; that,.

1.) Plaintiff Contends having only 4¢ cent on his prisoner funds account at this present time.

2.) The Plaintiff, "furtherly" Contends that he has try Contacting Relative party for such Cause, yet haven't been able to Raise anyone.

3.) Plaintiff, has begun to believe someone are tampering with his prison out-going, in-coming Mail.

So as to the premise, I the plaintiff, ask that this Hon. Court allow (him or me) more extension of time to pay initiate filing fee recommended by its Court.

Done this 31th day of March, year 2008;

Respectfully:
Marion Jovan #221463
P.O Box 767 Ventress Corr.

M/J

This motion has been send through the U.S postage service, here at Ventress Correctional Facility, of Clayton, Al, 36016.

NAME Marion Govan AIS # 221463 DORM # F-4-
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL

02 APR 2008 PM 3 L

41 USA

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O BOX 711
MONTGOMERY, ALABAMA
36101-0711