IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARION GOVAN, #221 463    *

    Plaintiff,    *

    v.    *    2:08-CV-145-WHA

THE UNITED STATES, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 7*) is GRANTED;

2. Plaintiff is GRANTED an extension from April 7, 2008 to and including April 21, 2008 to comply with the court's March 18, 2008 order that he submit an initial partial filing fee to the court in the amount of $7.02; and

3. The Clerk furnish a copy of this order to the account clerk at the Ventress Correctional Facility.

Done, this 4th day of April 2008.

                                         /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE