**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

IN THE UNITED STATES MIDDLE District Court
OF MONTGOMERY, Ala.

MARION GOVAN # 221463
PLAINTIFF

v.

THE UNITED STATES, et al.,
Defendants.

2:08-CV-145-WHA

PLAINTIFF RESPONSES TO ORDER
OF THIS Court

IN RESPONSES OF THIS Courts order, I, THE Plaintiff contends that, (yes) He has advised authorized prison officials to withdraw funds from his prison account for payment of the initial partial filing FEE (2) That he has been unable to pay such FEE do to, As of his filing Complaint, he has wrote serveral letter's for FEE to be Sent, yet Relatives have felt to Respond or Reply.

Furtherly, Plaintiff believes that Facilitator's are interferring with in coming Mail or Family has been threaten not to Reply do to Member's Law sue is alleged against.

Farmore, I THE Plaintiff Substantiall state's, that his Reliance has never missed A Month without Responding to any of his written letter's. Therefore I have been maked to believe she has been kidnapped.

# STATE OF ALABAMA
Department of Corrections
Inmate Stationery

Submitted
4/25/08

Respectfully;
Marion Doran #221146
P.O Box 767 VCF

### Notice Summon(s)

In accordance to this law sued, I say that several officals are involve in the issue's, Here at this Facility of VCF, also the Barbour County Municipal Dept, Including Judge Benard Smthart, An believe that is possible that, the billion Dollar Law sued when I were In the state of Louisiana, which was demend by Mildred Methvin and chief Judge Richard Haik, was sent to My prison account and stolen by authorized personnel and Facilitators, Including Representive threwout the Barbour County area, willfully manipulated in accepting A bride ect.

### Certificate of Service

The Requirement have been sworn and certified, by My hand here at VCF. and placed in postage Mail Service at Ventress Corr. Facility.

Done 25 of April, year 2008.        Marion Doran

NAME *Marion Gouan* AIS # 221463 DORM # F-4-
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

*Legal Mail*

07 MAY 2008 PM

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

Office of the Clerk
Middle District Court
P.O. Box 711
Montgomery, Ala. 36101-0711