THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARION GOVAN, #221 463 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 2:08-CV-145-WHA |
| | ) [WO] |
| | ) |
| THE UNITED STATES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On May 14, 2008, the Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #12) of the Magistrate Judge is ADOPTED;

2. This case be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 3rd day of June, 2008.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE