```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005952
Cashier ID: khaynes
Transaction Date: 08/01/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: MARION GOVAN
 Case/Party: D-ALM-2-08-CV-000145-001
 Amount:         $14.00
------------------------------------------
CHECK
 Check/Money Order Num: 20523
 Amt Tendered:   $14.00
------------------------------------------
Total Due:      $14.00
Total Tendered: $14.00
Change Amt:     $0.00
```